UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARRELL D. WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>YAKIMA POLICE DEPARTMENT, OFFICER MARK WILLIAMS, DETECTIVE ERIC HORBATKO, BRONSON FAUL, JUDGE KELLEY OLWELL and JUDGE SUSAN WOODARD,<br><br>    Defendants. | No. 1:17-cv-03044-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On June 12, 2017 Magistrate Judge Dimke filed a Report and Recommendation recommending: (1) Plaintiff's Motion to Dismiss be granted; (2) Plaintiff's Complaint be dismissed without prejudice; and (3) Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee in this Action be granted. ECF No. 15. No timely objections to the Report and Recommendation have been filed.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation, ECF No. 15, in its entirety.
2. Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 13, is **GRANTED**.

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 1**

3. Plaintiff's Motion to Waive Filing Fee, ECF No. 14, is **GRANTED**. Yakima County Jail is instructed to cease collection of the filing fee in this action.

4. The above-captioned action, ECF No. 1, is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to pro se Plaintiff and Yakima County Jail.

**DATED** this 11th day of July, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 2**